UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST GODFREY LOGAN, JR.,

Plaintiff,

v.

METROLINK,

Defendant.

Case No. 2:26-cv-01520-DAD-CSK (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*, AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT LEAVE TO AMEND

(Doc. Nos. 2, 3)

Plaintiff initiated this civil action by filing a complaint on April 13, 2026, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On August 10, 2026, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient because it was frivolous and failed to establish this court's subject matter jurisdiction. (Doc. No. 3.) In addition, the magistrate judge found that the granting of leave to amend would be futile in light of the frivolous nature of the complaint and the pleading defects reflected therein. (*Id*. at 5.) Accordingly, the magistrate judge recommended that plaintiff's complaint be dismissed without leave to amend. (*Id.* at 5–6.) For the same reasons the magistrate judge recommended that plaintiff's motion to proceed *in forma pauperis* be denied. (*Id*. at 1–2.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id*. at 6.) Plaintiff has not filed any objections to the findings and recommendations, or otherwise communicated with the court, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations (Doc. No. 3) are ADOPTED IN FULL;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED;
3. Plaintiff's complaint (Doc. No. 1) is DISMISSED without leave to amend; and
4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **October 20, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE